# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **ANINC LLC**

Debtor(s)

Case No.

Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ANINC LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 19, 2020**

Date

/s/ **Brad J. Sadek, Esquire**

**Brad J. Sadek, Esquire**

Signature of Attorney or Litigant

Counsel for  **ANINC LLC**

**Sadek and Cooper**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**215-545-0008  Fax:215-545-0611**
**brad@sadeklaw.com**